UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DAEWOO ELECTRONICS AMERICA INC., et al., | : : : | Civil Action No. 08-2287 (JAP) |
| Plaintiffs, | : : : | **ORDER FOR PRO HAC VICE ADMISSION OF** |
| v. | : : | **SUSAN G. ROSENTHAL, ESQ.** |
| T.C.L. INDUSTRIES (H.K.) HOLDINGS LIMITED, et al., | : : : | |
| Defendants. | : | |

This matter having been brought before the Court by Michael K. Dunn, Esq., of Sheppard Mullin Richter & Hampton, LLP, attorneys for Defendants, on application to allow Susan G. Rosenthal, Esq., of Sheppard Mullin Richter & Hampton, LLP, to appear and participate pro hac vice [Docket Entry No. 54]; and the Court having noted the consent of Plaintiffs, and considered the supporting papers; and for good cause shown;

IT IS on this **1st day of June, 2009**,

**ORDERED** that the application of Defendants [Docket Entry No. 54] be and it hereby is granted; and it is further

**ORDERED** that Susan G. Rosenthal, Esq., of Sheppard Mullin Richter & Hampton, LLP, a member in good standing of the Bar of the State of New York, be permitted to appear pro hac vice in the above-captioned matter pursuant to L.Civ.R. 101.1(c); and it is further

**ORDERED** that, all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Sheppard Mullin Richter & Hampton, LLP, attorneys of record for Defendants, who is admitted to the Bar of this Court and shall be held responsible for

said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Susan G. Rosenthal, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L.Civ.R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Susan G. Rosenthal, Esq., shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Susan G. Rosenthal, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that Susan G. Rosenthal, Esq., notify this Court immediately of any disciplinary charges brought against him in the Bar of any other court; and it is further

**ORDERED** that Susan G. Rosenthal, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

**ORDERED** that Sheppard Mullin Richter & Hampton, LLP, may file a request, the form of which is available at the Court's website, with the Clerk of the Court for pro hac vice counsel to receive electronic notifications in this matter.

  /s/ Lois H. Goodman            
**LOIS H. GOODMAN**
**UNITED STATES MAGISTRATE JUDGE**